## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **VIRGINIA ANGUIANO-TERRAZAS,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.  6:26-CV-00170-JDL** |
| | § | |
| **FIRSTSOURCE ADVANTAGE LLC,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Before the court is the parties' notice of settlement in principle request to stay deadlines (Doc. #4).  Once a settlement is reached, the court requires the parties to submit closing documents shortly thereafter.  Accordingly, the deadlines in this matter are **STAYED** pending final resolution of the settlement agreement, and the court **ORDERS** the parties to submit closing documents no later than **July 20, 2026.**

**So ORDERED and SIGNED this 29th day of May, 2026.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE