# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **VIRGINIA ANGUIANO-TERRAZAS,** | § | |
| | § | |
| | § | **CIVIL ACTION NO.  6:26-CV-00170-JDL** |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **v.** | § | |
| | § | |
| **FIRSTSOURCE ADVANTAGE LLC,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

On May 20, 2026, the parties filed a notice of settlement with the court. (Doc. No. 4.) The court therefore ordered closing documents to be submitted by July 20, 2026. (Doc. No. 5.) Since that time, the parties have not timely filed closing documents or requested an extension to submit closing documents. Accordingly, it is **ORDERED** that within **14 days** of the issuance of this order, the parties shall file closing documents or request an appropriate extension with a full update on the status of the case. If the parties do not comply with this order, the court will set a show cause hearing on the matter of dismissal and failure to comply with the court's order.

So ORDERED and SIGNED this 27th day of July, 2026.

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1